UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MIGUEL FLAQUER

v.                                                                                          CA 09-248 ML

JOHN BEVILACQUA

ORDER

This matter is before the Court on a Report and Recommendation issued by Magistrate Judge Martin on June 3, 2009. Magistrate Judge Martin recommends that this matter be dismissed for lack of subject matter jurisdiction. No objection has been filed. Accordingly, this Court adopts the Report and Recommendation in its entirety. This matter is DISMISSED.

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
June 29, 2009